1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JAMES A. BRINKLEY,

11                 Petitioner,                 No. CIV S-06-2189 GEB GGH P

12       vs.

13  JAMES TILTON, et al.,

14                 Respondent.          <u>ORDER</u>

15  _____/

16            Respondent has requested a thirty day extension of time in which to file a

17  response to the petition for writ of habeas corpus.  Good cause appearing, IT IS HEREBY

18  ORDERED that respondent's request for extension of time is granted; respondent's response to

19  the petition is due on or before January 8, 2007.

20  DATED:  12/13/06

21                                                          /s/ Gregory G. Hollows

22                                               _____
                                                 GREGORY G. HOLLOWS
23                                               UNITED STATES MAGISTRATE JUDGE

     brink2189.eot
24

25

26

1